UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Leonard L. Patrick

EEOC # 530-2014-00065

(Enter above the full name of plaintiff in this action)

v.

Werner Enterprises

(Enter above the full name of the defendant(s) in this action)

CIVIL CASE NO: 1:15-CV-0108
(to be supplied by Clerk of the District Court)

FILED
SCRANTON
JAN 1 6 2015
PER /s/
DEPUTY CLERK

## COMPLAINT

1. The plaintiff Leonard L. Patrick a citizen of the County of Lancaster State of Pennsylvania, residing at P.O. Box 2571 Lancaster, PA 17601 wishes to file a complaint under §704(a) of Title VII of the (give Title No. etc.) Civil Rights Act of 1964 (42 U.S.C.A §2000e-3(a))

2. The defendant is Werner Enterprises

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) I Believe the

3. (CONTINUED) The Company gave me poor assignments in retaliation for reporting the sexual harassment incident. After being given several terrible assignments, I took it upon myself to investigate for better earnings. Began driving for a dedicated account "Americold Acct". Started bring home better checks... I was there 1 wk and a half they told me production slowed I was no longer needed. ② Kept me sitting in Kentucky several days when loads were available... Help up Veteran driver said surprised they sent you to the stop... You not being here that long.

4. WHEREFORE, plaintiff prays that ALLOWED TO SHOW ALL evidence showing that WERNER ENTERPRISE acted in deceitful and intentional way to deter me up from following through with filing charges.

(Signature of Plaintiff)

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Leonard L. Patrick
EEOC # 530-2014-00065
(Enter above the full name of plaintiff in this action)

CIVIL CASE NO: _____
(to be supplied by Clerk of the District Court)

v.

Werner Enterprises

_____

_____

_____

(Enter above the full name of the defendant(s) in this action)

## COMPLAINT

1. The plaintiff Leonard L. Patrick a citizen of the County of Lancaster State of Pennsylvania, residing at P.O. box 2571 wishes to file a complaint under Title VII of Civil Rights Act of 1964 (42 USCS §§ 2000e et seq) Sexual Harassment.
(give Title No. etc.)

2. The defendant is Werner Enterprises

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) See Attachments

I am an African American Man. I was hired by Werner Enterprise, an International Trucking Company, on April 3, 2013. During my 8 week training period, David Tompkins assaulted me in a sexual manner. This happened about mid-May of 2013. Mr. Tompkins made a comment: "That makes you look gay." He also showed me photos of nude women on his phone. I sent messages to Werner Enterprises, through the QualComm advising them of his changing behavior. When my training time with Tompkins was coming to an end, Tompkins seemed to be stalling for more time - including stopping to do laundry in Harrisburg, PA. I slept in the truck while Tompkins did his laundry. When he came back to the truck, he woke me up and asked me to move into the upper bunk. I refused. Tompkins then removed his attire and climbed into the bunk with me, and rubbed himself against me. At first I was unable to get away and called a dispatcher while "busying" to explain what had happened. The dispatcher while talking to both me and Mr. Tompkins

At the sometime told me to "walk" home. I took a cab to Harrisburg and a train to my home in Lancaster, PA. I spoke with Cathy at Werner in Allentown about the incident when she called me into her offices. I also wrote a statement as request from Werner Enterprise and gave it to Cathy for Werner Enterprise. Cathy also sat in with me on a conference call with two women from the corporate office - who told me not to talk about the incident. After I made this report I recieved very poor assignments. My employment ended August 21, 2013. I believe the company gave me poor assignments in retaliation for reporting the sexual harrasment incident.

3. (CONTINUED) __1 AND 2__

4. WHEREFORE, plaintiff prays that __David Tompkins: made threats; showed me innappropiate materials; Tampered with Company Equipment; while Down talking and Demeaning me to make me a victum. Through calls and messeges to Werner Enterprise; there negligence allowed Mr Tompkins oppurtunity to commit said act. I'm seeking Damages...__

(Signature of Plaintiff)