**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LEONARD L. PATRICK,** | : | |
| **Plaintiff,** | : | **No. 1:15-cv-00108** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | **(Chief Magistrate Judge Schwab)** |
| **WERNER ENTERPRISES,** | : | |
| **Defendant** | : | |

## ORDER

Before the Court is the February 16, 2018 Report and Recommendation of Chief

Magistrate Judge Schwab (Doc. No. 99), recommending that the Court grant Defendant Werner

Enterprises' motion for summary judgment pursuant to Federal Rule of Civil Procedure 56 (Doc.

No. 95). No timely objections have been filed. **ACCORDINGLY**, on this 16th day of

February 2018, upon independent review of the record and the applicable law, **IT IS**

**ORDERED THAT**:

1. The Court **ADOPTS** the Report and Recommendation of Chief Magistrate
   Judge Schwab (Doc. No. 99);

2. Defendant Werner Enterprises' motion for summary judgment (Doc. No. 95),
   is **GRANTED**; and

3. The Clerk is directed to enter judgment in favor of Defendant Werner
   Enterprises and against Plaintiff Leonard L. Patrick, and to **CLOSE** this case.


s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania