AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| LEONARD L. PATRICK | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:15-CV-108 |
| WERNER ENTERPRISES | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: that judgment be and is hereby entered in favor of Defendant Werner Enterprises and against Plaintiff Leonard L. Patrick.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Kane _____ on a motion for summary judgment.

Date: 2-16-2018

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk